UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYKAYLA FAGNANI, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,<br>　　　　　　　　　　　　Plaintiffs,<br>v.<br>AMAIN.COM, INC.,<br>　　　　　　　　　　　　Defendant. | Case No. 1:22-cv-10648<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)** |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant Amain.com, Inc. pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective costs and fees.

_____
Jeffrey Gottlieb, Esq.
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, New York 10003
*Attorney for Plaintiff*

Dated: June ___, 2023

_____
Joseph Piesco, Esq.
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
*Attorney for Defendant*

Dated: June _9_, 2023

So Ordered:

_____
Edgardo Ramos, U.S.D.J.